# EXHIBIT A

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

Website: www.CivilActionGroup.com

December 15, 2010

Attn: Ms. Melody Martinez
CASTANEDA, MING & KOJIKIAN
350 S. Grand Ave., Ste. 2220
Two Cal Plaza
Los Angeles, CA  90071

RE:   DWB Holding Company  v  Evolution Market Group, Inc.
      Country:  Panama
      APS File #254503

> --Cardona Soler, German;
> --Evolution Market Group, Inc. d.b.a. Finanzas Forex

Dear Ms. Martinez:

We have received your request for information with reference to the above mentioned case(s) and can report the following:

> 558703 EVOLUTION MARKET GROUP INC.
> Front Directors, Officers and the Resident Agent
> resigned, so the company is in acephaly.
> Reasons: unknown.  Probably, the Resident Agent
> and their front nominees want no involvement of any
> kind with the company.
>
> The address traced in Internet search is:
> (http://www.italkcash.com/forum/investment-programs-non-hyip/1844-evolution-market-group-inc-finanzas-forex.html)
>
> Evolution Market Group, Inc.
> Calle 50,
> Global Bank Tower
> Piso 16, Oficina 1607
> Panamá,
> Apartado Postal 0819-12496 El Dorado
> República de Panamá

The address of the last Resident Agent is:
Resident Agent: Lic. Ricardo Cambra (Panamanian ID # 8-438-502).
 (Ricardo Manuel Cambra La Duke)
(2008)   Cambra La Duke & Co.
 Calle 50, Torre Global Plaza, Piso 19, Suite H,
 Panama City, Republic of Panama.
 Mailing address:   P.O. Box 0834-00987, Carrasquilla,
  Panama 0834, Republic of Panama.
 Tel:   (507) 263-1042, 264-6361, 263-5752.
 Fax:   (507) 263-2475.
 Website: http://www.cambraladuke.com/

Finanzas Forex appears as a separate company, not necessarily a dba.

595584 FINANZAS FOREX INC.
In good standing at the Public Registry.
Articles of Incorporation: address is
the same as the Resident Agent's,
Cambra La Duke & Co.

President: Roger Alberto Santamaria Del Cid.
Treasurer: Humberto Gregorio Barrera Mojica.
Secretary: Tatiana Itzel Saldana Escobar.
(Front nominees, most probably employees of the Resident Agent).

Legal Representative: The President, replaced by the Secretary, by the person designated by the Board of Directors.

Address: as declared twice in the Articles of Incorporation, exactly the same as the Resident Agent: Cambra La Duke & Co.

With regard to the individual, German Cardona Soler appears as an active member of the following Panamanian company:

531180 LOUVRE DE PANAMA, S.A.
Director President: German Cardona Soler.
Director Treasurer: Yilmara Gonzalez Pitti.
Director Secretary: Rudy Roger.

I am still waiting to hear from my investigator about the costs involved to obtain a home address for German Cardona Soler.

Case 2:09-cv-00735-JHN -JWJ   Document 14-1   Filed 12/16/10   Page 4 of 4   Page ID #:68

Page 3 of 3

It is our intention to access public documents on your behalf, so that you can interpret them. It is not our intention to select your defendant, nor the proper address of your defendant for service of process.

In the event the information provided by APS or any other APS service is determined to be improper, invalid or incorrect for any reason occasioned by the acts or omissions of APS, we will cause the information to be researched again at no additional cost, or make a full refund. However, if the information provided or any other APS service is determined to be improper or invalid for any reason occasioned by the acts or omissions of other entities, informational sources, and/or because the information changed after the initial request was completed by APS, the research will be re-done at standard rates. Users of APS agree that APS is not liable for any incidental or consequential damages.

We appreciate your business and enjoyed handling this matter for you.



Sincerely,



Ann Mickow
APS International, Ltd.
International Division
AMickow@CivilActionGroup.com